## Kiehner *against* Dengler.

A terre tenant having had an opportunity to defend his title against the lien of a judgment, and not having availed himself of it, is concluded; and a purchaser at a sheriff's sale upon such judgment revived with notice to the terre tenant, is entitled to recover the land in ejectment against him.

APPEAL from the circuit court of *Schuylkill* county.

This was an action of ejectment by *William Kiehner* and *Peter Filbert* against *George Dengler*, for three acres of land.

Plaintiffs and defendants claimed title under *Jacob Dreibelbis*, in whom the land in dispute was vested the 16th of October 1799.

Plaintiffs' title founded upon the following evidence, to wit :

1819, 27th July, judgment at the suit of *Jacob Reber* against *Jacob Dreibelbis* and *Daniel Dreibelbis*, entered up to July term 1819, 400 dollars.

1828, October term, *fieri facias*, issued the .6th September 1828, levied on the land in dispute.

1828, December term, *venditioni exponas*, to which sheriff returned, land knocked down to *Berger* and others, who did not pay, and therefore unsold for want of buyers.

1829, July term, *alias venditioni exponas*, to which the sheriff returned, land sold to *William Kiehner* and *Peter Filbert*, the plaintiffs in this suit.

1829, July 23, sheriff's sale to plaintiffs, who were previously served with notice of defendants' claims. ·

1829, July 28, the sheriff executed a deed to the plaintiffs for the land in question.

1829, March term, *scire facias*, issued at the suit of the said *Jacob Reber* against the said *Jacob Dreibelbis* and *Daniel Dreibelbis*, to revive the said judgment for another period of five years, to which the sheriff returned, served on *Jacob Dreibelbis*, one of the defendants, and on *George Dengler*, terre tenant.

No appearance was entered for either defendants, nor for *George Dengler*.

1829, July 31, the following entry was made upon the record, to wit : on motion of *C. Loeser*, the court order that the judgment be revived for another period of five years.

Defendants, the heirs of *George Dengler*, claimed to hold the land in question by virtue of a deed of conveyance, executed the 11th of August 1828, by *Jacob Dreibelbis* to *George Dengler*, the defendants' intestate. ·

Upon which state of facts the court charged the jury, if *George Dengler* intended to claim and hold the land in dispute under this

[Kiehner v. Dengler.]

deed, or by any other means, it was his duty to have appeared in court after having been served with the writ of *scire facias*, and asserted his claim; having, however, declined to do so, he is concluded and estopped from doing it now, his deed cannot avail him.

The counsel for defendants moved the court for a new trial, alleging error in the above stated charge of the court. Motion overruled, and judgment entered for plaintiffs, from which defendants appeal.

*Bannon* and *Biddle*, for appellant, cited, 1 *Penns. Rep.* 152.

*Loeser*, contra, cited, 1 *Serg. & Rawle* 540; 13 *Serg. & Rawle* 444; 17 *Serg. & Rawle* 319.

Judgment affirmed.